IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION FILE NO.: 4:07-CV-183-F

| | | |
|---|---|---|
| ELEANOR BRANCH, | ) | |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| v. | ) | |
| | ) | |
| GUILFORD COLLEGE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The plaintiff, Eleanor Branch, and the defendant, Guilford College, pursuant to Rule 41, Federal Rules of Civil Procedure, hereby stipulate to a voluntary dismissal with prejudice of all claims presented in this action. Each party shall bear its own costs.

This the 5th day of September, 2008.

/s/ James H. Hairston
James H. Hairston
N.C. State Bar No.19687
Attorney for Eleanor Branch
HAIRSTON LANE & BRANNON
107 Fayetteville Street Mall, 2nd
Floor Raleigh, NC 27601
Telephone: (919) 838-5295
Facsimile: (919) 838-5299
Email: jairston@hlbnclaw.com

/s/ Julie C. Theall
Julie C. Theall
N.C. State Bar No. 13732
Attorney for Defendant
SMITH MOORE LLP
300 N. Greene St., Suite 1400
Post Office Box 21927
Greensboro, North Carolina 27420
Telephone: (336) 378-5256
Facsimile: (336) 433-7478
E-mail: julie.theall@smithmoorelaw.com